# United States District Court for the District of Columbia

**FILED**
NOV 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John W. Hawthorne
Fed. Reg. #07230-007
Rivers Correctional Institution
Winton, North Carolina 27486
P.O. Box 630-D-3 C101

07 2000

Plaintiff

V

United States Parole Commission et. al
Edward Reilly Jr. Chairman
&
Court Services Offender Supervisory Agency
&
Warden et. al

## Motion for Appointment of Counsel

Now comes the plaintiff in the above captioned cause humbly and respectfully requesting this most Honorable Court to appoint counsel for the following reasons expressed here in:

3

① Plaintiff is not represented by counsel at this time and he is unskilled in the art and science of law.

② Plaintiff faces a logistic nightmare of being sent anywhere in the country by the Federal Bureau of Prisons.

③ Plaintiff has no experience in handling civil complaint and plaintiffs issues are neither frivolous nor malicious.

④ Plaintiff has a constitutional right to seek redress of his grievances as well as having meaningful access to the courts, (see Bounds-v-Smith 43 d U.S. 817, 828 (1977) Haines-v-Kerner

⑤ In appointing counsel court must consider:

- The work counsel has done idenifying or investigating potential claims of this action
- Counsel's experience in handling civil

Complaints and other complex litigation related to the complaint.

⑥ Plaintiff request the services of R. Kenly Webster, Kiyonaga & Soltis, Solomon L. Wisenberg, Jeffrey N. Markowicz.

⑦ Allowing plaintiff appointment of counsel can be considered under the "Ends of Justice" Standard, and in the "interest of Justice."

⑧ Wherefore these reasons stated in the forementioned points, the plaintiff prays that this Most Honorable Court grants his motion for appointment of counsel to be deemed just, fair, and proper.

10-18-2007

Respectfully Submitted

John W. Hawthorne
John W. Hawthorne
Fed. Reg. # 07230-007