IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN W. HAWTHORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES PAROLE | ) | <u>Case No. 1:07-cv-02000</u> |
| COMMISSION, EDWARD REILLY, JR., | ) | |
| COURT SERVICES OFFENDER | ) | |
| SUPERVISORY AGENCY and | ) | |
| WARDEN, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT WARDEN GEORGE SNYDER'S MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant Warden George Snyder ("Warden Snyder"), by and through counsel, moves the Court for an extension of time in which to answer or otherwise plead in response to Plaintiff's Complaint for Violation of Civil Rights ("Complaint"). In support of this motion, Warden Snyder states as follows:

1. Warden Snyder received a copy of the Summons and Complaint in this matter on December 10, 2007. Therefore, Warden Snyder has until December 31, 2007 to answer or otherwise plead in response to the Complaint.

2. Warden Snyder has not asked for any extensions of time in this matter.

3. Additional time is necessary to investigate the facts related to this matter and determine the law applicable thereto.

4. As the Court has not issued a scheduling order, so the granting of this motion will not unduly delay this proceeding.

2

5. Defendants United States Parole Commission and Edward Reilly, Jr., have until February 12, 2008 to answer or otherwise plead in response to the Complaint.

6. Plaintiff is an incarcerated individual appearing *pro se*, and therefore this non-dispositive motion is exempted from L.R. 7(m)'s consultation requirement.

Wherefore, Defendant Warden George Snyder respectfully requests the Court:

1. Grant Warden Snyder's extension of time to and through February 12, 2008 to answer or otherwise plead in response to Plaintiff's Complaint.

Respectfully submitted, this the 28th day of December, 2007.

/s/ Deborah J. Israel
Deborah J. Israel, Esq. (DC Bar No. 430841)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC 20005
(202) 857-4466 (Telephone)
(202) 261-0034 (Facsimile)
*Counsel for Defendant Warden George Snyder*

## CERTIFICATE OF SERVICE

This is to certify that on December 28, 2007, a copy of the foregoing **DEFENDANT WARDEN GEORGE SNYDER'S MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** was filed electronically with the Clerk of Court using CM/ECF system.

It is further certified that a copy was served upon the following non-CM/ECF participant by placing said copy in a postage paid envelope and addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail.

**ADDRESSEE(S):**

John W. Hawthorne
Fed. Reg. #07230-007
Re Entry Sanction Center
Unit 7
633 Indiana Avenue, NW
Karrick Hall Building No. 17
Washington, DC 20004

*Pro Se Plaintiff*

/s/ Deborah J. Israel
Deborah J. Israel, Esq. (DC Bar No. 430841)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC 20005
(202) 857-4466 (Telephone)
(202) 261-0034 (Facsimile)
*Counsel for Defendant Warden George Snyder*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. HAWTHORNE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES PAROLE )<br>COMMISSION, EDWARD REILLY, JR., )<br>COURT SERVICES OFFENDER )<br>SUPERVIOSRY AGENCY and )<br>WARDEN, )<br>)<br>Defendants. ) | **Case No. 1:07-cv-02000** |

## ORDER

UPON CONSIDERATION of Defendant Warden George Snyder's Motion For Extension of Time to Answer or Otherwise Plead, any opposition thereto, and the entire record herein, and the Court having concluded that good cause has been shown; it is hereby

ORDERED that Defendant Warden George Snyder's Motion For Extension of Time to Answer or Otherwise Plead is GRANTED. Defendant Warden George Snyder has until February 12, 2008, to answer or otherwise plead in response to Plaintiff's Complaint.

Dated: _____       _____
                                          The Honorable Royce C. Lamberth
                                          United States District Judge

Copies to:

Deborah J. Israel, Esquire
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC  20005

*Counsel for Defendant Warden George Snyder*

John W. Hawthorne
Fed. Reg. #07230-007
Re Entry Sanction Center
Unit 7
633 Indiana Avenue, NW
Karrick Hall Building No. 17
Washington, DC  20004

*Pro Se Plaintiff*