UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. HAWTHORNE,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES PAROLE COMMISSION,<br>5550 Friendship Boulevard, Suite 420<br>Chevy Chase, MD 20815-7286,<br><br>EDWARD REILLY, JR.,<br>Chairman, United States Parole Commission,<br>5550 Friendship Boulevard, Suite 420<br>Chevy Chase, MD 20815-7286,<br><br>COURT SERVICES OFFENDER<br>SUPERVISORY AGENCY,<br>633 Indiana Avenue, NW<br>Washington, DC 20004-2902, et al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-2000 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

      The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendants United States Parole Commission, Edward Reilly, Jr., and Court Services Offender Supervisory Agency in the above-captioned case.

Dated: February 8, 2008
       Washington, D.C.

                                                                     Respectfully submitted,

                                                                     /s/
                                                      BRIAN P. HUDAK
                                                      Assistant United States Attorney
                                                      Civil Division
                                                      555 4th Street, NW
                                                      Washington, DC 20530
                                                      (202) 514-7143
                                                      brian.hudak@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2008, a true and correct copy of the above Notice of Appearance, was served upon *pro se* Plaintiff John W. Hawthorne, by first class United States mail, postage prepaid, to:

John W. Hawthorne (No. 07230007)
REENTRY SANCTION CENTER, Unit 7
633 Indiana Avenue, NW
Karrick Hall Building No. 17
Washington, DC 20004

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov