United STATES DISTRICT COURT
For the DISTRICT OF COLUMBIA

John W. Hawthorne
3819 2nd St. SouthEast
Washington, D.C. 20032
Apt. E
Plaintiff

Civil case No. 1:07-CV-02000 RCL

V

United States Parole Commission et. al
Defendant

## MOTION REQUESTING AN EXTENSION OF TIME TO OTHERWISE RESPOND OR PLEAD

Now comes the above mentioned plaintiff humbly before this most honorable court requesting an extension of time against the motion to dismiss for the following reasons expressed herein.,

RECEIVED
MAR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

① Plaintiff's address changed after being released from ReEntry Sanction Center at 633 Indiana Avenue SouthEast and was not allowed to recieve mail during his 28 day tenure at that facility.

② Plaintiff was never formally issued motions filed by attorneys for defendants since plaintiff was released from 633 Indiana Ave. Northwest 12-7-07 and his mail was not forwarded to him.

③ Motion filed by defendants lawyers in Motion for extension of time item #6 stating "plaintiff is an incarcerated individual appearing pro se, and therefore this non-dispositive motion is exempted from L. R. 7(m)'s consultation requirements.", plaintiff was not incarcerated as mentioned in motion so plaintiff was not afforded this privlidge.

④ Plaintiff was not served motions submitted by defendants lawyers and only became aware of motions submitted by defense attorneys by going down to District Court building and getting dockets off web site to stay updated.

⑤ Additional time is required for plaintiff to address, respond, and get representation of motions entered by lawyers for the defendants

⑥ Wherefore the above-mentioned points, the plaintiff prays that this most Honorable Court grants plaintiff his motion to be deemed just, honorable, fair and proper while he attains legal representation.

Respectfully Submitted,

3-10-08

John W. Hawthorne

John W. Hawthorne
3819 2nd St. SouthEast
Washington, D.C. 20032
Apt. E
Phone (202) 460-2112

# CERTIFICATE OF SERVICE

I hereby certify and declare that a true and accurate copy of the foregoing certificate was place into the possession of the clerk of the court on this 11, day of March 2008 to make service on the U.S. Attorney for the District of Columbia, 555 - 4th Street, North West, Washington D.C. 20530

3-11-08

*John W. Hawthorne*
John W. Hawthorne
3819 2nd St. SouthEast
Washington, D.C. 20032
Apt E