UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. HAWTHORNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2000 (RCL) |
| ) | |
| U.S. PAROLE COMMISSION *et al.*, ) | |
| ) | |
| Defendants. ) | |

## FINAL ORDER

Plaintiff, proceeding *pro se* filed this action under 42 U.S.C. § 1983, alleging that he was denied a parole hearing he was due and did not waive. The federal defendants and the warden each filed a motion to dismiss. By order dated February 29, 2008, the plaintiff was advised to respond to the motions by a date certain or risk the complaint being dismissed. Plaintiff sought, and was granted, additional time through April 14, 2008 to respond to the motions to dismiss. Plaintiff has not filed a response to either of the motions to dismiss or sought additional time to do so. Accordingly, it is

ORDERED that the defendants' motions [Dkts. # 10, 11] to dismiss the complaint are GRANTED as conceded. *See* Local Civil Rule 7(b). The complaint is DISMISSED. It is further

ORDERED that plaintiff's motion [Dkt. # 3] for appointment of counsel is DENIED as moot.

This is a final, appealable order. *See* Fed. R. App. 4(a).

/s/
ROYCE C. LAMBERTH
United States District Judge

Date: May 8, 2008